# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER NOFSKER, | : | No. 3:16cv2151 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 31st day of August 2018, it is hereby **ORDERED** as follows:

1) The plaintiff's objections (Doc. 23) to the magistrate judge's report and recommendation are hereby **SUSTAINED**;

2) The report and recommendation (Doc. 22) is **NOT ADOPTED**;

3) The case is remanded to the Commissioner for further action consistent with the accompanying memorandum; and

4) The Clerk of Court is directed enter judgment in favor of the plaintiff and against the defendant and to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**